IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MERITA MERRITT BARBEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 3:17-cv-00905-K |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and UMB BANK, N.A., | § § § § § | |
| Defendants, | § § | |
| v. | § § | |
| ANTHONY F. VACCARO, JR., | § § | |
| Third-Party Defendant. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Merita Merritt Barbee ("Barbee"), Defendants The Lincoln National Life Insurance Company ("Lincoln National") and UMB Bank, N.A. ("UMB Bank") (collectively, "Defendants"), and Third-Party Defendant Anthony F. Vaccaro, Jr. ("Vaccaro"), by and through their counsel, hereby stipulate as follows:

1.   That all claims, demands, debts, or causes of action asserted or assertable herein by Barbee against Defendants and Vaccaro be DISMISSED WITH PREJUDICE;

2.   That all claims, demands, debts, or causes of action asserted or assertable herein by Defendants or Vaccaro against Barbee be DISMISSED WITH PREJUDICE;

3.   That all claims, demands, debts, or causes of action asserted or assertable herein by Lincoln National against Vaccaro be DISMISSED WITH PREJUDICE;

4.   That all claims, demands, debts, or causes of action asserted or assertable herein by Vaccaro against Lincoln National be DISMISSED WITH PREJUDICE;

**STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1**

5. That all claims, demands, debts, or causes of action asserted or assertable herein by Lincoln National or Vaccaro against UMB Bank be DISMISSED WITH PREJUDICE;

6. That all claims, demands, debts, or causes of action asserted or assertable herein by UMB Bank against Lincoln National or Vaccaro be DISMISSED WITH PREJUDICE;

7. That Lincoln National's Flexible Premium Adjustable Life Insurance Policy with Optional Indexed Features No. IUL1013528 be CANCELLED and no longer of any force or effect;

8. That all attorney's fees and court costs be paid by the party incurring them; and

9. That they respectfully request that the Court enter the Agreed Order of Dismissal with Prejudice submitted herewith.

SO STIPULATED.

    Respectfully submitted,

By:   /s/ Tricia R. DeLeon
     G. Michael Gruber
     State Bar No. 08555400
     mgruber@ghtrial.com
     Tricia R. DeLeon
     State Bar No. 24005885
     tdeleon@ghtrial.com

GRUBER HAIL JOHANSEN SHANK LLP
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
(214) 855-6800
(214) 855-6808 (telecopy)

ATTORNEYS FOR PLAINTIFF
MERITA MERRITT BARBEE

By: /s/ Andrew C. Whitaker
Andrew C. Whitaker
State Bar No. 21273600
andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY


By: /s/ Sarah N. Wariner
Scott A. Shanes
State Bar No. 00784953
scott.shanes@strasburger.com
Sarah N. Wariner
State Bar No. 24065078
sarah.wariner@strasburger.com

STRASBURGER & PRICE, L.L.P.
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
(469) 287-3906
(469) 227-6568 (telecopy)

ATTORNEYS FOR DEFENDANT
UMB BANK, N.A.


By: /s/ Kenneth A. Zimmern
Kenneth A. Zimmern
State Bar No. 22276880
attorney@zimmern.com

ZIMMERN LAW FIRM, PC
3700 Montrose Blvd.
Houston, Texas 77006
(713) 529-4999
(713) 523-4747 (telecopy)

ATTORNEYS FOR THIRD-PARTY
DEFENDANT ANTHONY F. VACCARO, JR.

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 15, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Mr. G. Michael Gruber and Ms. Tricia R. DeLeon, Gruber Hail Johansen Shank LLP, 1445 Ross Avenue, Suite 2500, Dallas, Texas 75202, Mr. Scott Shanes and Ms. Sarah N. Wariner, Strasburger & Price, LLP, 2600 Dallas Parkway, Suite 600, Frisco, Texas 75034, and Mr. Kenneth A. Zimmern, Zimmern Law Firm, P.C., 3700 Montrose Blvd., Houston, Texas 77006.

                                        /s/ Andrew C. Whitaker
                                        Andrew C. Whitaker